

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/05/2019

| | | |
|---|---|---|
| IN RE: | § § § § § § § § § § § § § § | CASE NO. 18-34526 |
| ANTHONY PIGGUE | | CHAPTER 7 |
| DEBTOR | | |
| COMAL CLASSIC CUSTOM HOMES, INC.<br>Plaintiff | | ADVERSARY NO. 18-3266<br>ADVERSARY NO. 18-3308 |
| v. | | |
| ANTHONY PIGGUE | | |

# SCHEDULING ORDER

1. This Scheduling Order applies to both Adversary No. 18-3266 and Adversary No. 18-3308.

2. Initial disclosures shall be made by January 18, 2019.

3. All discovery shall be completed by July 3, 2019.

4. Any motions for summary judgment shall be filed after the close of discovery and prior to July 19, 2019. Any party that wishes to file a motion for summary judgment prior to the close of discovery must first seek court approval and establish cause.

5. The party with the burden of proof on a particular issue for which expert testimony may be offered shall designate its expert(s) and provide a report by 5:00 P.M. (Central time) on May 17, 2019. The responding party shall designate its expert(s) and provide a report by 5:00 P.M. (Central time) on June 7, 2019.

6. The parties shall file a Joint Pretrial Statement by August 20, 2019. All counsel and unrepresented parties shall be responsible for the filing of the jointly prepared document.

7. A Pretrial Conference shall be held in Courtroom 400, 4th Floor, 515 Rusk Street,

Houston, Texas on August 20, 2019 at 2:00 P.M. (Central time). All counsel and unrepresented parties must attend the Pretrial Conference and be prepared to argue any pending motions for summary judgment. A trial date/re-assignment will be addressed at the Pretrial Conference, as well as whether the Court will have a bifurcated trial.

8. Any changes in this schedule will only be made by further order of the Court, either orally at a hearing or in writing. Motions to extend these deadlines will be granted only for good cause beyond the control of the lawyers or parties in very limited circumstances.

**Signed: August 01, 2019**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**